IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BILLY BRAZEALE,

Appellant,

v.

Case No. 5D21-2079
LT Case No. 05-2014-CF-51289-A

STATE OF FLORIDA,

Appellee.
_____/

Decision filed August 9, 2022

Appeal from the Circuit Court
for Brevard County,
Tesha Ballou, Judge.

Matthew J. Metz, Public Defender,
and Andrew Mich, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Alyssa Marie
Williams, Assistant Attorney
General, Daytona Beach, for
Appellee.

PER CURIAM.

AFFIRMED.

LAMBERT, C.J., EVANDER and HARRIS, JJ., concur.